UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

WILL R. HOSKINS, JR.                                                                                          PLAINTIFF

v.                                                                                    CIVIL ACTION NO. 3:15cv237-DPJ-FKB

CAROLYN COLVIN, ACTING                                                                          DEFENDANT
COMMISSIONER OF SOCIAL SECURITY

ORDER

This cause came on this date to be heard upon the Report and Recommendation [13] of the United States Magistrate Judge, after referral of hearing by this Court. Magistrate Judge F. Keith Ball considered the Commissioner's Motion to Affirm [11]. Judge Ball concluded that the Commissioner's motion should be denied and the matter should be remanded for further proceedings. The Commissioner has since indicated that it "will not file any objections to the Report and Recommendation . . . ." Notice [14]. The Court, having fully reviewed the unopposed Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation [13] of United States Magistrate Judge F. Keith Ball be, and the same is hereby, adopted as the finding of this Court. The Commissioner's Motion to Affirm [11] is denied and this cause is hereby remanded to the Commissioner for further proceedings.

**SO ORDERED AND ADJUDGED** this the 9th day of August, 2016.

                                                                                    s/ *Daniel P. Jordan III*
                                                                                    UNITED STATES DISTRICT JUDGE